# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM BASEMORE, | : | Civil No. 1:22-CV-01700 |
| Plaintiff, | : | |
| v. | : | |
| THEODOOR VOORSTAD, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 23rd day of February 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Defendant Herb's motion to dismiss the second amended complaint, Doc. 78, is **GRANTED**.

2. Claims raised against Defendant Herb are **DISMISSED** with prejudice.

3. Plaintiff's motion of relevancy, Doc. 93, is deemed **WITHDRAWN**.

4. Plaintiff will produce an order from the United States Bankruptcy Court for the Southern District of Texas confirming that she has opted out of the Plan's Third-Party Release by **April 23, 2026**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
